```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 24237
   DAVID SOUTHALL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8637


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/26/2007 and was not confirmed.

     The case was dismissed without confirmation 06/11/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
GREENBERG & ASSOC          UNSECURED         2500.00        .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          502.04        .00           .00
AT&T                       UNSECURED       NOT FILED        .00           .00
MCI                        UNSECURED       NOT FILED        .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1785.73        .00           .00
COMCAST                    UNSECURED       NOT FILED        .00           .00
INGALLS MIDWEST EMMERGEN   UNSECURED       NOT FILED        .00           .00
BUD S AMBULANCE SERVICE    UNSECURED       NOT FILED        .00           .00
INGALLS HEALTH SYSTEM      UNSECURED       NOT FILED        .00           .00
TCF NATIONAL BANK          UNSECURED       NOT FILED        .00           .00
ADVOCATE SOUTH SUBURBAN    UNSECURED       NOT FILED        .00           .00
COMMONWEALTH EDISON        UNSECURED          470.27        .00           .00
HSBC TAX                   UNSECURED       NOT FILED        .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED       NOT FILED        .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED       NOT FILED        .00           .00
NICOR GAS                  UNSECURED       NOT FILED        .00           .00
NICOR GAS                  UNSECURED       NOT FILED        .00           .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED        .00           .00
DORENE LARUE               NOTICE ONLY    NOT FILED        .00           .00
OPTION ONE MORTGAGE CORP   CURRENT MORTG        .00        .00           .00
OPTION ONE MORTGAGE CORP   MORTGAGE ARRE    11174.72       .00           .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC    21925.00       .00         1840.00
DRIVE FINANCIAL SERVICES   UNSECURED       NOT FILED       .00           .00
ALASKA EASTERN PARTNERS    SECURED NOT I        .00        .00           .00
ALASKA EASTERN PARTNERS    UNSECURED       NOT FILED       .00           .00
IL STATE DISBURSEMENT UN   NOTICE ONLY    NOT FILED        .00           .00
JOSIE GRIFFIN              NOTICE ONLY    NOT FILED        .00           .00
IL STATE DISBURSEMENT UN   PRIORITY         1238.52        .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,834.00                      .00
TOM VAUGHN                 TRUSTEE                                    160.00
DEBTOR REFUND              REFUND                                        .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 24237 DAVID SOUTHALL
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       2,000.00

PRIORITY                                                                .00
SECURED                                                            1,840.00
UNSECURED                                                                .00
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                  160.00
DEBTOR REFUND                                                            .00
                                          ---------------    ---------------
TOTALS                                         2,000.00           2,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 07 B 24237 DAVID SOUTHALL